UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFIA RECA, <u>individually and on behalf of all others similarly situated</u>,

          Plaintiff,

-v-

FLASHDOT LTD. F/K/A PHOENIXFIN LTD., <u>et al.</u>,

          Defendants.

CIVIL ACTION NO.: 24 Civ. 6316 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff has complied with the Order to Show Cause. (ECF Nos. 13; 14). On or before **January 3, 2024**, Plaintiff shall serve Defendants and file proof of such service on the public docket.

On or before **December 18, 2024**, Plaintiff may move for alternative service pursuant to Federal Rule of Civil Procedure 4(f)(3) (<u>see</u> ECF No. 14 at 7) or file a letter setting forth the status of her efforts to serve Defendants.

Dated:    New York, New York
            November 25, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**