```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SOFIA RECA, *individually and on behalf of all others similarly situated*,

                             Plaintiff,

-against-

FLASHDOT LIMITED, *formerly known as* PHOENIXFIN LIMITED, MEK GLOBAL LIMITED, PEKEN GLOBAL LIMITED, PHOENIXFIN PRIVATE LIMITED, *collectively doing business as* KuCoin, CHUN GAN, *also known as* Michael, KE TANG, *also known as* Eric,

                            Defendants.
-------------------------------------------------------------------X

1:24-cv-6316-GHW

ORDER

**GREGORY H. WOODS, United States District Judge:**

      As stated on the record during the telephone conference held on February 21, 2025, Defendants' motion to dismiss is due by March 24, 2025. Plaintiff's opposition is due four weeks after the date of service of Defendants' motion. Defendants' reply, if any, is due two weeks after the date of service of Plaintiff's opposition. Discovery is stayed in this matter pending briefing and resolution of Defendants' anticipated motion to dismiss.

      SO ORDERED.

Dated: January 21, 2025  
New York, New York

                                                  _____  
                                                    GREGORY H. WOODS  
                                               United States District Judge