```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SOFIA RECA, *individually and on behalf of all others similarly situated*,

                                   Plaintiff,

-against-

FLASHDOT LIMITED, *formerly known as* PHOENIXFIN LIMITED, MEK GLOBAL LIMITED, PEKEN GLOBAL LIMITED, PHOENIXFIN PRIVATE LIMITED, *collectively doing business as* KuCoin, CHUN GAN, *also known as* Michael, KE TANG, *also known as* Eric,

                                   Defendants.
-----------------------------------------------------------------X

1:24-cv-6316-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    Defendants Flashdot Limited, Chun Gan, Peken Global Limited, and Ke Tang ("Defendants") filed a motion to dismiss Plaintiff's original complaint on March 24, 2025. Dkt. No. 45. Plaintiff filed her first amended complaint on April 14, 2025, within twenty-one days of Defendants' motion to dismiss. Dkt. No. 49. In doing so, Plaintiff amended her complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B). Defendants' motion to dismiss is therefore denied as moot. Pursuant to the Court's Individual Rule 3(D), the deadline for Defendants to answer or otherwise respond to the amended complaint is May 5, 2025.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 45.

    SO ORDERED.

Dated: April 14, 2025
New York, New York

                                                        _____
                                                             GREGORY H. WOODS
                                                            United States District Judge