UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFIA RECA, <u>individually and on behalf of all others similarly situated</u>,

                      Plaintiff,

-v-

FLASHDOT LTD. F/K/A PHOENIXFIN LTD., <u>et al.</u>,

                      Defendants.

CIVIL ACTION NO.: 24 Civ. 6316 (GHW) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial supervision and report and recommendations on dispositive motions, (Dkt. Nos. 8; 70) including the motion of Flashdot Limited, Peken Global Limited, Chun Gan, and Ke Tang (the "KuCoin Defendants") to dismiss the Amended Complaint (Dkt. No. 65 (the "Kucoin MTD")); the motion of Chainalysis Inc. ("Chainalysis," with the KuCoin Defendants, the "Defendants") to dismiss the Amended Complaint (Dkt. No. 68 (the "Chainalysis MTD") (together with the KuCoin MTD, the "MTDs"); and Defendants' motion for oral argument on the MTDs. (Dkt. No. 76 (the "Request for Argument")).

The Court **GRANTS** the Request for Argument. Oral argument will be heard **in person** on **October 16, 2025 at 11:30 a.m. ET** in Courtroom 18A, 500 Pearl Street, New York, New York, 10007. Any participant requesting permission to bring an electronic device (<u>e.g.</u>, cellphone, laptop, tablet) into the Courthouse must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order on or before

**October 13, 2025**.  The Electronic Device Order form is available on the Court's website at

https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

Dated: New York, New York
October 1, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge