UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFIA RECA, <u>individually and on behalf of all others similarly situated</u>,

          Plaintiff,

-v-

FLASHDOT LTD. F/K/A PHOENIXFIN LTD., <u>et al.</u>,

          Defendants.

CIVIL ACTION NO.: 24 Civ. 6316 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 16, 2025, the Court held oral arguments (the "Hearing") on the motion of Flashdot Limited, Peken Global Limited, Chun Gan, and Ke Tang to dismiss the Amended Complaint (Dkt. No. 65); and the motion of Chainalysis Inc. to dismiss the Amended Complaint (Dkt. No. 68). The parties shall order a copy of the Hearing transcript online at https://www.sdreporters.com/ by **October 30, 2025**.

Dated:    New York, New York
            October 16, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge