```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                                                           :

SOFIA RECA, *individually and on behalf of all others*  :
*similarly situated*,                                                   :
                                                                                                        :     1:24-cv-6316-GHW
                                                         Plaintiff,  :
                 -against-                         :          <u>ORDER</u>
                                                                                 :

FLASHDOT LIMITED, *et al.*,                     :
                                                                                            :
                                    Defendants.  :
                                                                                                                        :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On November 26, 2025 Plaintiff filed objections, Dkt. No. 83, to Magistrate Judge Sarah L. Cave's November 13, 2025, Report and Recommendation, Dkt. No. 80. Defendants' opposition is due no later than December 22, 2025.

       SO ORDERED.

Dated: November 30, 2025
New York, New York

                                                            GREGORY H. WOODS
                                                     United States District Judge