UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFIA RECA, individually and on behalf of all others similarly situated,

                     Plaintiff,

   -v-

FLASHDOT LTD. F/K/A PHOENIXFIN LTD., et al.,

                 Defendants.

CIVIL ACTION NO. 24 Civ. 6316 (GHW) (SLC)

**ORAL ARGUMENT
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 25, 2026, Defendants Flashdot Limited, Peken Global Limited, Chun Gan, and Ke Tang (the "KuCoin Defendants") filed a motion to dismiss the Second Amended Complaint. (Dkt. No. 97–99; 102 (the "Motion")).  On April 10, 2026, the KuCoin Defendants requested oral argument on the Motion.  (Dkt. No. 103 (the "Request for Argument")).

The Court **GRANTS** the Request for Argument.  Oral argument on the Motion will be heard **in-person** on **June 23, 2026, at 11:00 a.m. ET** in Courtroom 18A, 500 Pearl Street, New York, New York, 10007.  Any participant requesting permission to bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order on or before **June 16, 2026**.  The Electronic Device Order form is available on the Court's website at

https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

2

The Clerk of Court is respectfully directed to close Dkt. No. 103.

Dated:        New York, New York            SO ORDERED.
              April 13, 2026

_____
SARAH L. CAVE
United States Magistrate Judge

2