UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFIA RECA, <u>individually and on behalf of all others similarly situated</u>,

                         Plaintiff,

   -v-

FLASHDOT LTD. F/K/A PHOENIXFIN LTD., <u>et</u> <u>al.</u>,

                         Defendants.

CIVIL ACTION NO. 24 Civ. 6316 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held in-person oral argument on June 23, 2026 (the "Conference") on the motion to dismiss the Second Amended Complaint (Dkt. No. 90) filed by Defendants Flashdot Limited, Peken Global Limited, Chun Gan, and Ke Tang.  (Dkt. No. 97–99; 102 (the "Motion")).  By **June 24, 2026**, the parties shall order an expedited copy of the Conference transcript (the "Transcript") by using the annexed form and selecting "daily" service.  After receiving a copy of the Transcript, the Court will issue a report and recommendation on the Motion in due course.

Dated:       New York, New York
                June 23, 2026

                              SO ORDERED.

                              SARAH L. CAVE
                         **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.
**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|