UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES K. SUPPLIES,

Plaintiff,

-against-

FLASHDOT LIMITED F/K/A PHOENIXFIN LIMITED, MEK GLOBAL LIMITED, PEKEN GLOBAL LIMITED, AND PHOENIXFIN PRIVATE LIMITED (COLLECTIVELY D/B/A KUCOIN), CHUN (A/K/A “MICHAEL”) GAN, AND KE (A/K/A “ERIC”) TANG,

Defendants.

24 CIVIL 6316 (GHW)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion & Order dated September 29, 2026, the KuCoin Defendants' motion to dismiss is GRANTED. Plaintiff's claims are dismissed with prejudice. Accordingly, judgment is entered in favor of Defendants and the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**